UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JUSTIN K. PARKER | CIVIL ACTION |
| VERSUS | NO.: 12-00605-BAJ |
| SIDNEY J. GAUTREAUX, III, IN HIS CAPACITY AS SHERIFF OF EAST BATON ROUGE PARISH, ET AL | |

### ORDER

The scheduling conference presently set for **February 6, 2013** is **CANCELLED.**

**The deadlines established below are based on the parties' submissions and are final deadlines.** No extensions will be granted except under extreme circumstances. In accordance with Federal Rule of Civil Procedure 16(b), the following deadlines are established:

1. The deadline for amending the complaint or adding new parties, claims, counterclaims, or cross-claims is **May 15, 2013.**

2. Discovery must be completed as follows:

    a. Exchanging initial disclosures required by F.R.C.P. 26(a)(1): **March 1, 2013.**

    b. **Filing** all discovery motions and **completing** all discovery except experts: **November 27, 2013.**

    **NOTE:** Any motions filed regarding written discovery must be accompanied by a certificate of counsel for the moving party, stating that counsel have conferred in person or by telephone for purposes of amicably resolving the issues and stating why they are unable to agree or stating that opposing counsel has refused to so confer after reasonable notice.

    c. Disclosure of identities and resumés of experts:

        **Plaintiff(s):**    December 13, 2013.

        **Defendant(s):**    December 27, 2013.

  d.  Expert reports must be submitted to opposing parties as follows:

    **Plaintiff(s):**  **January 24, 2014.**

    **Defendant(s):**  **February 14, 2014.**

  e.  Discovery from experts must be completed by **March 28, 2014.**

3. Deadline to file dispositive motions and Daubert motions: **April 30, 2014.**

4. Deadline to file pre-trial order: **August 20, 2014.**

5. Deadline to file motions in limine: **September 17, 2014.**

6. Deadline to file responses to motions in limine: **October 8, 2014.**

7. Deadline to file an affidavit of settlement efforts: **October 8, 2014.**

8. Pre-trial conference date: **September 4, 2014 at 9:00 a.m.** in the chambers of the Honorable Brian A. Jackson.

9. Deadline to submit joint jury instructions, voir dire, verdict forms, and trial briefs to the presiding judge: **October 20, 2014.**

**The information regarding the Honorable Brian A. Jackson's pretrial order may be found on the court's website at www.lamd.uscourts.gov.**

10. A **3-day jury trial** is scheduled for **9:00 a.m. beginning on November 3, 2014 in Courtroom 2.**

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause.

The parties may contact the court at (225) 389-3602 after discovery has been completed should they wish to schedule a settlement conference.

Signed in Baton Rouge, Louisiana, on February 1, 2013.

*Nick J. Lorio*

**CLERK OF COURT**