UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUSTIN K. PARKER** | **CIVIL ACTION**<br>**NO. 3:12-CV-00605-**<br>**BAJ-MJU** |
| **VERSUS** | |
| **SIDNEY J. GAUTREAUX, III,**<br>**IN HIS CAPACITY AS SHERIFF OF**<br>**EAST BATON ROUGE PARISH, ET AL** | |

## ANSWER OF LEON McASTLE

Now into Court, through undersigned counsel, comes defendant, Leon McCastle, improperly referred to in the Complaint as "Deputy McCastle" and for answer to the Complaint of Justin Parker, with respect, avers as follows:

### FIRST DEFENSE

The Complaint fails to state a claim against defendant upon which relief may be granted.

### SECOND DEFENSE

Any damages sustained by plaintiff, which are denied, were caused by others for whom defendant is not responsible.

### THIRD DEFENSE

Defendant's actions were at all times performed in good faith.

### FOURTH DEFENSE

Defendant is entitled to qualified immunity.

## FIFTH DEFENSE

Defendant pleads the limitations on damages established by State and Federal statutory law.

## SIXTH DEFENSE

Plaintiff's recovery, if any, should be denied or reduced on account of his comparative fault.

**AND NOW** for Answer to the specifically numbered paragraphs of plaintiff's Complaint, defendant, Leon McCastle, with respect, avers as follows:

**1.**

The allegations contained in paragraphs 1, 2 and 3 of the Complaint are admitted.

**2.**

The allegations contained in paragraphs 4, 6-13, 16, 17, 19, 25, 29-40, 45, 53-56, 60, 61, 64, 65, 66, 67, 75 , 91, 95-103, 105 109 and 121 of the Complaint are denied for lack of sufficient information upon which to justify belief.

**3.**

The allegations contained in paragraphs 5, 20, 22, 28, 41-44, 46-52, 57, 58, 62, 68, 69-74, 76, 78, 81-84, 86-90, 95-103, 105, 109 and 120 of the Complaint are denied as they pertain to defendant.

**4.**

The allegations contained in paragraphs 14, 15, 18, 23, 24, 26, 27, 77, 79, 80, 85, 89, 94, 104, 107, 111,114 and 116 require no answer on the part of defendant as they set forth conclusions of law and/or do not allege any facts which pertain to him.

**WHEREFORE**, after due proceedings be had, defendant, Leon McCastle, prays that the plaintiff's Complaint, as it may variously be amended and supplemented, be dismissed, with prejudice, at plaintiff's costs, and for all such other and further relief as law and justice may require.

Respectfully Submitted,

**S/s Randall L. Kleinman (7445)**
Randall L. Kleinman
1100 Poydras, Sutie 2005
The Energy Centre
New Orleans, Louisiana 70163
Tel: 504-539-7100
Fax: 504-539-7101
Attorney for defendant,
Leon McCastle

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded to all counsel of record to this proceeding, by hand delivery, by facsimile transmission, by placing same in the United States Mail properly addressed, first class postage prepaid, or by filing in the Court's electronic docket, on this 5th day of January, 2013.

S/s Randall L. Kleinman
**RANDALL L. KLEINMAN**